IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM MAY ATHERTON,

    Petitioner,                   No. CIV S-08-0555 GEB EFB P

    vs.

MIKE KNOWLES,

    Respondent.                 ORDER

                            /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has requested that the court appoint counsel. He has also requested an extension of time to file and serve a traverse. *See* Fed. R. Civ. P. 6(b).

There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

Accordingly, it hereby is ORDERED that:

1. Petitioner's September 17, 2009 request for appointment of counsel is denied without prejudice; and,

1  2. Petitioner's September 14, 2009 motion is granted and petitioner has 30 days from the
2  date this order is served to file and serve a traverse.
3  DATED: September 30, 2009.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE