IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM MAY ATHERTON,

    Petitioner,                           No. CIV S-08-0555 GEB EFB P

    vs.

MIKE KNOWLES,

    Respondent.                         ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 15, 2009, respondent filed an answer to the petition. Dckt. No. 22. Despite three extensions of time, petitioner did not file a reply. *See* Dckt. Nos. 28, 34, 37. The matter is therefore submitted for decision. On July 20, 2010, petitioner filed a motion requesting that he be permitted to appear "by telephone or other electronic means from his place of confinement for a case hearing, conference, and/or oral deposition . . . ." Dckt. No. 41. As there are currently no court appearance dates set in this action, petitioner's motion is denied as premature and unnecessary.

      Accordingly, IT IS HEREBY ORDERED that petitioner's July 20, 2010 motion to appear by telephone or other electronic means is denied without prejudice.

Dated: February 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE